# DOCUMENTS TO BE SEALED

**PLAINTIFF**

DOC #

-v-

**DEFENDANT**

**DOCKET NUMBER:** 20 CV 6368

**DATE FILED:** AUG 1 2 2020

**SIGNED BY:** JUDGE CAPRONI

**DATE SIGNED:** AUG 1 2 2020

## TO BE FILED UNDER SEAL:

___ ENTIRE ACTION

✓ COMPLAINT / PETITION ONLY

✓ OTHER DOCUMENTS / EXHIBITS

DOCUMENTS TO BE SEALED

PLAINTIFF          DOC # _

-V-

DEFENDANT

DOCKET NUMBER: 20 CV 6368

DATE FILED: AUG 1 2 2020

SIGNED BY: JUDGE CAPRONI

DATE SIGNED: AUG 1 2 2020

TO BE FILED UNDER SEAL:

____ ENTIRE ACTION

√ COMPLAINT / PETITION ONLY

√ OTHER DOCUMENTS / EXHIBITS