```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/31/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MCGRAW HILL LLC, INC. et al.,

                               Plaintiffs,

               -against-

DOES 1-63, d/b/a 1STEBOOKS.COM et al.,

                            Defendants.

-------------------------------------------------------------X

1:20-cv-6368-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    The Clerk of Court is directed to unseal this case.

SO ORDERED.

Dated: New York, New York
       August 31, 2020

_____
GREGORY H. WOODS
United States District Judge