| Count | Publisher | Title | Registration Number | Infringing Site |
|---|---|---|---|---|
| 1 | Cengage | American Government and Politics Today: Brief Edition 2014-2015 | TX0007896428 | stdbooks.com |
| 2 | Cengage | American Government Institutions and Policies, 12th | TX0008022505 | zbooklife.com |
| 3 | Cengage | American Government: Institutions and Policies, 14th | TX0007939912 | ebookmar.com |
| 4 | Cengage | An Introduction to Mechanical Engineering, 3rd | TX0007479630 | 1stebooks.com |
| 5 | Cengage | Brief Principles of Macroeconomics, 9th | TX0008827856 | genter.store |
| 6 | Cengage | Business Law Principles and Practices, 9th | TX0007690847 | unibookmaster.com |
| 7 | Cengage | Business Law: The First Course Summarized Case, 14th | TX0008377845 | aquickshop.online |
| 8 | Cengage | Business Law: The First Course Summarized Case, 14th | TX0008377845 | caposel.myshopify.com |
| 9 | Cengage | Calculus: Early Transcendentals, 6th | TX0006593776 | evelyn.onkingshop.com |
| 10 | Cengage | Calculus: Early Transcendentals, 6th | TX0006593776 | nghigift.com |
| 11 | Cengage | Case Studies in Health Information Management, 3rd | TX0008525856 | ebookvip.store |
| 12 | Cengage | Contemporary Auditing, 9th | TX0007478248 | ebookus.store |
| 13 | Cengage | Culture Counts: A Concise Introduction To Cultural Anthropology, 4th | TX0008396024 | derora.onkingshop.com |
| 14 | Cengage | Culture Counts: A Concise Introduction To Cultural Anthropology, 4th | TX0008396024 | pdf4colleges.com |
| 15 | Cengage | Elements of Modern Algebra, 8th | TX0007817856 | ebooktestbank.com |
| 16 | Cengage | Essentials of Abnormal Psychology, 8th | TX0008559696 | megaebooks.info |
| 17 | Cengage | Foundations of Marketing, 8th | TX0008702724 | bigdadystores.com |
| 18 | Cengage | Income Tax Fundamentals 2020 | TX0008768237 | ebooksmoda.com |
| 19 | Cengage | Mathematical Statistics with Applications, 7th | TX0006818719 | vitalebook.store |
| 20 | Cengage | Microsoft Excel 2013 | TX0007721909 | ccbooks.org |
| 21 | Cengage | Physics for Scientists and Engineers with Modern Physics, 9th | TX0007700143 | ebook-mall.com |
| 22 | Cengage | Public Finance, 10th | TX0006835020 | bookscheap.org |
| 23 | Cengage | The Brief Cengage Handbook, 8th | TX0007475593 | ebookandlife.com |
| 24 | Cengage | Understanding Computers: Today And Tomorrow, Comprehensive, 15th | TX0007897274 | bookspersonally.com |
| 25 | Elsevier | Alexander's Care of the Patient in Surgery, 16th | TX0007901280 | stdbooks.com |
| 26 | Elsevier | Atlas of Human Anatomy, 7th | TX0007923896 | mononus.com |
| 27 | Elsevier | Atlas of Human Anatomy, 7th | TX0007923896 | zstapless.com |
| 28 | Elsevier | Atlas of Human Anatomy, 7th | TX0007923896 | dumanus.com |
| 29 | Elsevier | Clinical Nursing Skills and Techniques, 8th | TX0007718778 | vitalebook.store |
| 30 | Elsevier | Clinical Nursing Skills and Techniques, 8th | TX0007718778 | nghigift.com |
| 31 | Elsevier | Community/Public Health Nursing: Promoting the Health of Populations, 7th | TX0008709490 | intelligentlearnerclub.com |
| 32 | Elsevier | Differential Diagnosis for Physical Therapists: Screening for Referral, 6th | TX0007572663 | ebooksshelf.com |
| 33 | Elsevier | Health Promotion Throughout the Life Span, 9th | TX0007172225 | gildanvietnam.com |
| 34 | Elsevier | Hematology: Basic Principles and Practice, 7th | TX0007729570 | aquickshop.online |
| 35 | Elsevier | HESI Comprehensive Review for the NCLEX-RN Examination, 4th | TX0007587706 | ebook-mall.com |
| 36 | Elsevier | Nursing Interventions Classification (NIC), 6th | TX0007710947 | iconover.com |
| 37 | Elsevier | Pharmacology: A Patient-Centered Nursing Process Approach, 10th | TX0008406812 | ebookus.store |
| 38 | Elsevier | Prioritization, Delegation, and Assignment, 4th | TX0007847435 | ebookvip.store |
| 39 | Elsevier | Review of Surgery for ABSITE and Boards, 2nd | TX0008424201 | ebookmar.com |
| 40 | Elsevier | Wong's Nursing Care of Infants and Children, 11th | TX0007332889 | genter.store |
| 41 | Macmillan Learning | Abnormal Psychology, 10th | TX0008610008 | mononus.com |
| 42 | Macmillan Learning | A Pocket Guide to Public Speaking, 6th | TX0008218119 | ebooksshelf.com |
| 43 | Macmillan Learning | Biochemistry A Short Course, 3rd | TX0008134104 | unibookmaster.com |
| 44 | Macmillan Learning | Current Issues And Enduring Questions, 11th | TX0008352402 | derora.onkingshop.com |
| 45 | Macmillan Learning | From Inquiry to Academic Writing: A Practical Guide, 4th | TX0008012266 | ebookvip.store |
| 46 | Macmillan Learning | Lehninger Principles of Biochemistry, 7th | TX0008415420 | Stdbooks.com |
| 47 | Macmillan Learning | Media and Culture, 11th | TX0008492636 | stdbooks.com |
| 48 | Macmillan Learning | Pocket Style Manual, 8th | TX0008525413 | seko.club |
| 49 | Macmillan Learning | Pocket Style Manual, 8th | TX0008525413 | caposel.myshopify.com |
| 50 | Macmillan Learning | Psychology in Everyday Life ,3rd | TX0007882326 | genter.store |
| 51 | Macmillan Learning | Psychology in Everyday Life, 4th | TX0008496502 | aquickshop.online |
| 52 | Macmillan Learning | Psychology in Everyday Life, 4th | TX0008496502 | nghigift.com |
| 53 | Macmillan Learning | Psychology in Modules, 11th | TX0008057951 | ebookthings.net |
| 54 | Macmillan Learning | Psychology, 12th | TX0008554016 | evelyn.onkingshop.com |
| 55 | Macmillan Learning | Reading Critically Writing Well, 11th | TX0008378312 | mosac.club |
| 56 | Macmillan Learning | Reading Critically, Writing Well, 11th | TX0008378312 | atiso.club |
| 57 | McGraw Hill | 5 Steps to a 5: AP Biology, 2017 | TX0007955829 | goldenbuuks.myshopify.com |
| 58 | McGraw Hill | A Wellness Way of Life, 11th | TX0007301178 | ruzssos.xyz |
| 59 | McGraw Hill | Aging and the Life Course An Introduction to Social Gerontology, 7th | TX0008733233 | reliableoutlets.com |
| 60 | McGraw Hill | Aging and the Life Course An Introduction to Social Gerontology, 7th | TX0008733233 | nghigift.com |
| 61 | McGraw Hill | Aging and the Life Course An Introduction to Social Gerontology, 7th | TX0008733233 | caposel.myshopify.com |
| 62 | McGraw Hill | Analysis for Financial Management, 11th | TX0007507514 | getxt.net |
| 63 | McGraw Hill | Auditing and Assurance Services, 7th | TX0008727541 | bookscheap.org |
| 64 | McGraw Hill | College English and Business Communication, 11th | TX0008611167 | ebooksshelf.com |
| 65 | McGraw Hill | Communicating at Work, 12th | TX0008590200 | mymomoxstore.myshopify.com |
| 66 | McGraw Hill | Crafting and Executing Strategy: Concepts and Readings, 20th | TX0007710270 | aquickshop.online |
| 67 | McGraw Hill | Cunningham And Gilstrap's Operative Obstetrics, 3rd | TX0008608942 | digitalbookdrive.com |
| 68 | McGraw Hill | Drugs, Society, and Human Behavior, 17th | TX0008733303 | weyco.club |
| 69 | McGraw Hill | Economics, 21st | TX0008036520 | mononus.com |
| 70 | McGraw Hill | Essentials of Contemporary Management, 7th | TX0008544280 | ebook-mall.com |
| 71 | McGraw Hill | Essentials of Corporate Finance, 9th | TX0008349025 | stdbooks.com |
| 72 | McGraw Hill | Ethical Obligations and Decision-Making in Accounting Text and Cases, 5th | TX0008727846 | unibookmaster.com |
| 73 | McGraw Hill | Financial Shenanigans: How to Detect Accounting Gimmicks & Fraud in Financial Reports, 3rd | TX0007172429 | ebooktoday.store |
| 74 | McGraw Hill | Managerial Accounting: Creating Value in a Dynamic Business Environment, 10th | TX0007810339 | ebookmar.com |
| 75 | McGraw Hill | Microbiology Demystified, 1st | TX0006194446 | ccbooks.org |
| 76 | McGraw Hill | Microbiology Fundamentals: A Clinical Approach, 3rd | TX0008570104 | genter.store |
| 77 | McGraw Hill | Organic Chemistry with Biological Topics, 5th | TX0008660573 | ebooktoday.net |
| 78 | McGraw Hill | Personal Finance, 10th | TX0007726350 | evelyn.onkingshop.com |

| Count | Publisher | Title | Registration Number | Infringing Site |
|---|---|---|---|---|
| 79 | McGraw Hill | Public Finance, 10th | TX0007786922 | enent.myshopify.com |
| 80 | McGraw Hill | Shigley's Mechanical Engineering Design, 11th | TX0008710906 | ebookall.store |
| 81 | McGraw Hill | The Art of Public Speaking, 12th | TX0008003528 | vitalebook.store |
| 82 | McGraw Hill | Understanding Business: The Core | TX0008385133 | ebooksstuff.co |
| 83 | McGraw Hill | Understanding Business: The Core | TX0008385133 | ebookus.store |
| 84 | McGraw Hill | Workbook For Tonal Harmony, 8th | TX0008158255 | derora.onkingshop.com |
| 85 | Pearson | A Graphical Approach to Algebra & Trigonometry, 7th | TX0007853036 | enent.myshopify.com |
| 86 | Pearson | A Graphical Approach to Algebra & Trigonometry, 7th | TX0007853036 | falcous.myshopify.com |
| 87 | Pearson | A Graphical Approach to Algebra & Trigonometry, 7th | TX0007853036 | caposel.myshopify.com |
| 88 | Pearson | A Graphical Approach to Algebra & Trigonometry, 7th | TX0007853036 | mutrim.myshopify.com |
| 89 | Pearson | A Graphical Approach to Precalculus with Limits, 7th | TX0007883378 | ibookstorehub.com |
| 90 | Pearson | A Pathway to Introductory Statistics, 2nd | TX0008184355 | sugise.myshopify.com |
| 91 | Pearson | A Short Guide to Writing about Biology, 9th | TX0008050862 | aquickshop.online |
| 92 | Pearson | Architecture: From Prehistory To Postmodernity, 2nd | TX0001855975 | derora.onkingshop.com |
| 93 | Pearson | Auditing and Assurance Services, 16th | TX0008382072 | grutina.shop |
| 94 | Pearson | Biology Of Humans: Concepts, Applications, And Issues, 6th | TX0008241495 | digitalbook4you.com |
| 95 | Pearson | Building a Digital Analytics Organization, 1st | TX0007884161 | ebookvip.store |
| 96 | Pearson | Campbell Biology in Focus, 2nd | TX0008217662 | bookscheap.org |
| 97 | Pearson | Campbell Biology, 10th | TX0008307770 | webbook.store |
| 98 | Pearson | Campbell Biology, 10th | TX0008307770 | nghigift.com |
| 99 | Pearson | Campbell Biology, 11th | TX0008472354 | college2book.com |
| 100 | Pearson | Campbell Biology, 11th | TX0008472354 | pixarebook.store |
| 101 | Pearson | Campbell Biology, 11th | TX0008472354 | unibookmaster.com |
| 102 | Pearson | Campbell Biology, 8th | TX0007883763 | ebook4mart.com |
| 103 | Pearson | Clinical Laboratory Chemistry, 2nd | TX0008514379 | llersand.xyz |
| 104 | Pearson | Computer Security Fundamentals, 2nd | TX0007500873 | ebooktoday.store |
| 105 | Pearson | Electrical Engineering: Principles and Applications, 6th | TX0007711377 | ebookmar.com |
| 106 | Pearson | Elementary Statistics Using Excel, 6th | TX0008529894 | evelyn.onkingshop.com |
| 107 | Pearson | Elementary Statistics Using Excel, 6th | TX0008529894 | pdf4school.com |
| 108 | Pearson | Foundations of Addictions Counseling, 3rd | TX0008088495 | ebookus.store |
| 109 | Pearson | Foundations of Addictions Counseling, 3rd | TX0008088495 | stdbooks.com |
| 110 | Pearson | Horngren's Accounting, 12th | TX0008464965 | pennymac.club |
| 111 | Pearson | Human Anatomy & Physiology Laboratory Manual, 12th | TX0008057720 | aonie.club |
| 112 | Pearson | Project Management, 4th | TX0008106430 | vitalebook.net |
| 113 | Pearson | Social Psychology, 10th | TX0008126280 | guzguz.club |
| 114 | Pearson | Strategic Communication in Business and the Professions, 8th | TX0008183992 | ebooksshelf.com |
| 115 | Pearson | Technical Communication Today, 6th (IRC) | TX0008458282 | vitalebook.store |
| 116 | Pearson | Technical Communication, 14th | TX0008512005 | ebook-mall.com |