COMPLAINT EXHIBIT C - TRADEMARKS INFRINGED

| Count | Plaintiff | Trademark(s) | Trademark Registration(s) | Defendant(s) |
|---|---|---|---|---|
| 1 | Cengage | Cengage Learning | 3,603,376 | Doe 1<br>Doe 3<br>Doe 7<br>Doe 8<br>Doe 9<br>Doe 11<br>Doe 15<br>Doe 18<br>Doe 19<br>Doe 23<br>Doe 48<br>Doe 55<br>Doe 62 |
| 2 | Cengage | Cengage | 3,603,349 | Doe 5<br>Doe 20<br>Doe 28<br>Doe 32<br>Doe 42 |
| 3 | Cengage | Brooks/Cole | 3,386,242 | Doe 15<br>Doe 30<br>Doe 47<br>Doe 59 |
| 4 | Cengage | Course Technology | 1,660,331 | Doe 9 |
| 5 | Cengage | South-Western | 3,493,849 | Doe 6<br>Doe 57 |
| 6 | Cengage | | 3,790,579 | Doe 1<br>Doe 3<br>Doe 5<br>Doe 7<br>Doe 8<br>Doe 11<br>Doe 15<br>Doe 18<br>Doe 19<br>Doe 20<br>Doe 32<br>Doe 42<br>Doe 48<br>Doe 62 |

**COMPLAINT EXHIBIT C - TRADEMARKS INFRINGED**

| Count | Plaintiff | Trademark(s) | Trademark Registration(s) | Defendant(s) |
|---|---|---|---|---|
| 7 | Elsevier | Elsevier | 749,444 | Doe 3<br>Doe 14<br>Doe 15<br>Doe 19<br>Doe 21<br>Doe 27<br>Doe 28<br>Doe 32<br>Doe 34<br>Doe 39<br>Doe 40<br>Doe 43<br>Doe 47<br>Doe 55<br>Doe 59<br>Doe 63 |
| 8 | Macmillan Learning | Macmillan Learning | 5,599,332 | Doe 3<br>Doe 4<br>Doe 8<br>Doe 11<br>Doe 21<br>Doe 28<br>Doe 30<br>Doe 43<br>Doe 44<br>Doe 47<br>Doe 54<br>Doe 55 |
| 9 | Macmillan Learning | Macmillan | 969,205 | Doe 24 |
| 10 | McGraw Hill | McGraw Hill | 2,899,528 | Doe 9<br>Doe 26<br>Doe 30 |

COMPLAINT EXHIBIT C - TRADEMARKS INFRINGED

| Count | Plaintiff | Trademark(s) | Trademark Registration(s) | Defendant(s) |
|---|---|---|---|---|
| 11 | McGraw Hill | McGraw Hill Education | 4,664,267 | Doe 3<br>Doe 6<br>Doe 8<br>Doe 11<br>Doe 13<br>Doe 15<br>Doe 17<br>Doe 19<br>Doe 21<br>Doe 22<br>Doe 25<br>Doe 27<br>Doe 32<br>Doe 33<br>Doe 35<br>Doe 43<br>Doe 46<br>Doe 47<br>Doe 52<br>Doe 53<br>Doe 55<br>Doe 57<br>Doe 59<br>Doe 61 |
| 12 | Pearson | | 5,130,854 | Doe 2<br>Doe 8<br>Doe 10<br>Doe 29<br>Doe 30<br>Doe 31<br>Doe 37<br>Doe 38<br>Doe 41<br>Doe 45<br>Doe 49<br>Doe 50<br>Doe 51<br>Doe 56<br>Doe 57<br>Doe 59 |

**COMPLAINT EXHIBIT C - TRADEMARKS INFRINGED**

| Count | Plaintiff | Trademark(s) | Trademark Registration(s) | Defendant(s) |
|---|---|---|---|---|
| 13 | Pearson | Pearson | 2,599,724<br>2,600,081<br>2,652,792<br>2,679,355<br>2,691,830 | Doe 3<br>Doe 6<br>Doe 8<br>Doe 10<br>Doe 12<br>Doe 15<br>Doe 16<br>Doe 19<br>Doe 21<br>Doe 26<br>Doe 27<br>Doe 29<br>Doe 30<br>Doe 31<br>Doe 36<br>Doe 37<br>Doe 38<br>Doe 45<br>Doe 47<br>Doe 49<br>Doe 50<br>Doe 51<br>Doe 55<br>Doe 56<br>Doe 57<br>Doe 58 |