UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MCGRAW HILL LLC; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC; CENGAGE LEARNING, INC.; ELSEVIER INC.; and PEARSON EDUCATION, INC.;<br><br>Plaintiffs,<br><br>v.<br><br>DOES 1 - 63 d/b/a 1STEBOOKS.COM, AONIE.CLUB, AQUICKSHOP.ONLINE, ATISO.CLUB, BIGDADYSTORES.COM, BOOKSCHEAP.ORG, BOOKSPERSONALLY.COM, CAPOSEL.MYSHOPIFY.COM, CCBOOKS.ORG, COLLEGE2BOOK.COM, DERORA.ONKINGSHOP.COM, DIGITALBOOK4YOU.COM, DIGITALBOOKDRIVE.COM, DUMANUS.COM, EBOOK-MALL.COM, EBOOK4MART.COM, EBOOKALL.STORE, EBOOKANDLIFE.COM, EBOOKMAR.COM, EBOOKSMODA.COM, EBOOKSSHELF.COM, EBOOKSSTUFF.CO, EBOOKTESTBANK.COM, EBOOKTHINGS.NET, EBOOKTODAY.NET, EBOOKTODAY.STORE, EBOOKUS.STORE, EBOOKVIP.STORE, ENENT.MYSHOPIFY.COM, EVELYN.ONKINGSHOP.COM, FALCOUS.MYSHOPIFY.COM, GENTER.STORE, GETXT.NET, GILDANVIETNAM.COM, GOLDENBUUKS.MYSHOPIFY.COM, GUZGUZ.CLUB, GRUTINA.SHOP, IBOOKSTOREHUB.COM, ICONOVER.COM, INTELLIGENTLEARNERCLUB.COM, LLERSAND.XYZ, MEGAEBOOKS.INFO, MONONUS.COM, MOSAC.CLUB, MUTRIM.MYSHOPIFY.COM, | **Civil Action**<br><br><br><br><br><br>**[SEALED PROPOSED] TEMPORARY SEALING ORDER** |

| |
|---|
| MYMOMOXSTORE.MYSHOPIFY.COM, NGHIGIFT.COM, PDF4COLLEGES.COM, PDF4SCHOOL.COM, PENNYMAC.CLUB, PIXAREBOOK.STORE, RELIABLEOUTLETS.COM, RUZSSOS.XYZ, SEKO.CLUB, STDBOOKS.COM, SUGISE.MYSHOPIFY.COM, UNIBOOKMASTER.COM, VITALEBOOK.NET, VITALEBOOK.STORE, WEBBOOK.STORE, WEYCO.CLUB, ZBOOKLIFE.COM, and ZSTAPLESS.COM, <br><br>        Defendants. |

THIS CAUSE is before the Court on the *Ex Parte* Motion of Plaintiffs McGraw Hill LLC, Bedford, Freeman & Worth Publishing Group, LLC d/b/a Macmillan Learning, Cengage Learning, Inc., Elsevier Inc., and Pearson Education, Inc. (collectively, "Plaintiffs") for Leave to Temporarily Seal Documents (the "Motion to Seal"). Plaintiffs' Motion to Seal is brought pursuant to Fed. R. Civ. P. 26(c)(1). Specifically, Plaintiffs seek leave to file the following documents under seal: (1) Plaintiffs' Complaint, Exhibits A-C thereto, and the additional case initiating documents attendant to this filing ("Complaint"); and (2) Plaintiffs' *Ex Parte* Application for a Temporary Restraining Order, Order to Show Cause Why a Preliminary Injunction Should Not Issue, Order Authorizing Expedited Discovery, and Order Authorizing Alternate Service, and the documents in support thereof and Order deciding the application ("TRO Order" and, collectively, "TRO Motion"). Plaintiffs also request that the docket in this case remain under seal until the Complaint and TRO Order is served on the Defendants, the timing of which is set forth in the TRO Order.

The Court, having reviewed the Motion to Seal, HEREBY FINDS:

Issuing this Order is supported by good cause because Plaintiffs have presented specific facts and other accompanying evidence showing that immediate and irreparable injury, loss, or damage will result to Plaintiffs if Defendants are made aware of this action prior to the issuance and execution of the relief requested in the TRO Motion;

IT IS HEREBY ORDERED that Plaintiffs' Motion to Seal is GRANTED for 7 days ~~IT IS FURTHER ORDERED that, once the Complaint and TRO Order have been served on the Defendants, as set forth in the TRO Order, Plaintiffs shall promptly move to unseal the docket in this case.~~ or until further order from the assigned judge, whichever comes first.

SO ORDERED this 12 day of August, 2020, at 2:30 a.m./p.m.

_____
Valerie C[signature]
United States District Judge

3