## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

MCGRAW HILL LLC; BEDFORD, FREEMAN &
WORTH PUBLISHING GROUP, LLC d/b/a
MACMILLAN LEARNING; CENGAGE
LEARNING, INC.; ELSEVIER INC.; and
PEARSON EDUCATION, INC.;

       Plaintiffs,

v.

DOES 1 - 63 d/b/a 1STEBOOKS.COM,
AONIE.CLUB, AQUICKSHOP.ONLINE,
ATISO.CLUB, BIGDADYSTORES.COM,
BOOKSCHEAP.ORG,
BOOKSPERSONALLY.COM,
CAPOSEL.MYSHOPIFY.COM, CCBOOKS.ORG,
COLLEGE2BOOK.COM,
DERORA.ONKINGSHOP.COM,
DIGITALBOOK4YOU.COM,
DIGITALBOOKDRIVE.COM, DUMANUS.COM,
EBOOK4MART.COM, EBOOKALL.STORE,
EBOOKANDLIFE.COM, EBOOK-MALL.COM,
EBOOKMAR.COM, EBOOKSMODA.COM,
EBOOKSSHELF.COM, EBOOKSSTUFF.CO,
EBOOKTESTBANK.COM,
EBOOKTHINGS.NET, EBOOKTODAY.NET,
EBOOKTODAY.STORE, EBOOKUS.STORE,
EBOOKVIP.STORE,
ENENT.MYSHOPIFY.COM,
EVELYN.ONKINGSHOP.COM,
FALCOUS.MYSHOPIFY.COM,
GENTER.STORE, GETXT.NET,
GILDANVIETNAM.COM,
GOLDENBUUKS.MYSHOPIFY.COM,
GRUTINA.SHOP, GUZGUZ.CLUB,
IBOOKSTOREHUB.COM, ICONOVER.COM,
INTELLIGENTLEARNERCLUB.COM,
LLERSAND.XYZ, MEGAEBOOKS.INFO,
MONONUS.COM, MOSAC.CLUB,
MUTRIM.MYSHOPIFY.COM,
MYMOMOXSTORE.MYSHOPIFY.COM,
NGHIGIFT.COM, PDF4COLLEGES.COM,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _9/9/2020_

**Civil Action No. 1:20-cv-6368-GHW**

**PRELIMINARY INJUNCTION**

PDF4SCHOOL.COM, PENNYMAC.CLUB,
PIXAREBOOK.STORE,
RELIABLEOUTLETS.COM, RUZSSOS.XYZ,
SEKO.CLUB, STDBOOKS.COM,
SUGISE.MYSHOPIFY.COM,
UNIBOOKMASTER.COM, VITALEBOOK.NET,
VITALEBOOK.STORE, WEBBOOK.STORE,
WEYCO.CLUB, ZBOOKLIFE.COM, and
ZSTAPLESS.COM,

       Defendants.

Plaintiffs McGraw Hill LLC, Bedford, Freeman & Worth Publishing Group, LLC d/b/a

Macmillan Learning, Cengage Learning, Inc., Elsevier Inc., and Pearson Education, Inc.

(collectively, "Plaintiffs") have moved for a Preliminary Injunction against Defendants Does 1 –

63 (collectively, "Defendants"), doing business as, respectively, 1stebooks.com, aonie.club,

aquickshop.online, atiso.club, bigdadystores.com, bookscheap.org, bookspersonally.com,

caposel.myshopify.com, ccbooks.org, college2book.com, derora.onkingshop.com,

digitalbook4you.com, digitalbookdrive.com, dumanus.com, ebook4mart.com, ebookall.store,

ebookandlife.com, ebook-mall.com, ebookmar.com, ebooksmoda.com, ebooksshelf.com,

ebooksstuff.co, ebooktestbank.com, ebookthings.net, ebooktoday.net, ebooktoday.store,

ebookus.store, ebookvip.store, enent.myshopify.com, evelyn.onkingshop.com,

falcous.myshopify.com, genter.store, getxt.net, gildanvietnam.com, goldenbuuks.myshopify.com,

grutina.shop, guzguz.club, ibookstorehub.com, iconover.com, intelligentlearnerclub.com,

llersand.xyz, megaebooks.info, mononus.com, mosac.club, mutrim.myshopify.com,

mymomoxstore.myshopify.com, nghigift.com, pdf4colleges.com, pdf4school.com,

pennymac.club, pixarebook.store, reliableoutlets.com, ruzssos.xyz, seko.club, stdbooks.com,

sugise.myshopify.com, unibookmaster.com, vitalebook.net, vitalebook.store, webbook.store,

weyco.club, zbooklife.com, and zstapless.com  (the "Infringing Sites").  Plaintiffs so move on the

basis that Defendants are reproducing and/or distributing unauthorized electronic copies of Plaintiffs' copyrighted textbooks and using in commerce unauthorized identical (or substantially indistinguishable) copies of Plaintiffs' federally registered trademarks, as set forth in Plaintiffs' Complaint.

The Court, having reviewed the Complaint, the Memorandum of Law in Support of Plaintiffs' Application for a Temporary Restraining Order, Order to Show Cause Why a Preliminary Injunction Should Not Issue, Expedited Discovery Order, and Alternate Service Order ("the Application") (ECF No. 17), the supporting declarations (ECF Nos. 18-24), and the entire record herein, makes the following findings of fact and conclusions of law:

1.      Plaintiffs have served Defendants with the Complaint and the exhibits thereto, the Court's August 12, 2020 *Ex Parte* Order ("the *Ex Parte* Order") (ECF No. 5) granting the Application, and the other papers filed in this case as set forth in the Certificates of Service filed by Plaintiffs on September 1 and 4, 2020 (ECF Nos. 9 & 32).

2.      Plaintiffs have made a prima facie showing that the Court has personal jurisdiction over Defendants under N.Y. C.P.L.R. § 302(a).  Plaintiffs have asserted that Defendants have distributed, advertised, offered to sell, and sold unauthorized electronic copies of Plaintiffs' copyrighted textbooks ("Infringing eBooks"), including those that bear unauthorized copies of Plaintiffs' trademarks, through highly interactive websites that are continuously accessible to New York consumers, and that Plaintiffs have been injured in New York by Defendants' infringing conduct.

3.      Plaintiffs are likely to succeed in showing that Defendants have infringed and are continuing to infringe Plaintiffs' federally registered copyrights and trademarks in connection with Defendants' reproduction, distribution, offering for sale, and/or sale of Infringing eBooks as set

forth on Exhibits B and C to the Complaint, which are attached hereto as **Appendices A** and **B**, respectively.

4.      The reproduction, distribution, advertisement, offering for sale, and/or sale of Infringing eBooks will result in immediate and irreparable injury to Plaintiffs if the requested relief is not granted.

5.      The balance of potential harm to Defendants, if any, by being prevented from continuing to profit from their illegal and infringing activities if a Preliminary Injunction is issued is far outweighed by the harm to Plaintiffs, their businesses, and the value associated with Plaintiffs' copyrights and trademarks if a Preliminary Injunction is not issued.

6.      Public interest favors issuance of a Preliminary Injunction in order to protect Plaintiffs' interests in and to their respective copyrights and trademarks and protect the public from being deceived and defrauded by Defendants' infringing conduct.

NOW, THEREFORE, IT IS HEREBY ORDERED, in accordance with Federal Rules of Civil Procedure 64 and 65, the Copyright Act (17 U.S.C. § 502(a)), the Lanham Act (15 U.S.C. § 1116(a)), N.Y. C.P.L.R. §§ 6201 *et al.*, and the Court's inherent equitable power to issue provisional remedies ancillary to its authority to provide final equitable relief, that:

1.      Defendants, their officers, agents, servants, employees, and attorneys, and all those in active concert or participation with any of them who receive actual notice of this Preliminary Injunction, are enjoined from:

> a)      Directly or indirectly infringing any copyrighted work that is owned or exclusively controlled by any of the Plaintiffs ("Plaintiffs' Textbooks"), including any copyrighted work published under any of the imprints identified on **Appendix C** hereto ("the Imprints");

b)      Directly or indirectly infringing any trademark that is owned or exclusively controlled by any of the Plaintiffs ("Plaintiffs' Marks"), including such trademarks associated with the Imprints;

c)      Directly or indirectly copying, reproducing, manufacturing, downloading, uploading, transmitting, distributing, selling, offering for sale, advertising, marketing, promoting, or otherwise exploiting any of Plaintiffs' Textbooks or goods bearing Plaintiffs' Marks without Plaintiffs' express written authorization;

d)      Using, hosting, operating, maintaining, creating, or registering any computer server, website, domain name, domain name server, cloud storage, e-commerce platform, online advertising service, social media platform, proxy service (including reverse and forwarding proxies), website optimization service (including website traffic management), caching service, content delivery network, payment processing service, in each case in connection with the Infringing Sites, or providing any other service that supports the Infringing Sites in a similar manner as the above-listed services to enable, facilitate, permit, assist, solicit, encourage, or induce the infringement of Plaintiffs' Textbooks or Plaintiffs' Marks on the Infringing Sites, as set forth in subparagraphs (a) through (d) above;

e)      Transferring ownership or control of the websites, domain names, or accounts associated with the Infringing Sites; and

f)      Displaying the Infringing Sites in online search results and/or listing links to the Infringing Sites in any search index.

2.      Defendants, their officers, agents, servants, employees, and attorneys, and all those in active concert or participation with any of them who receive actual notice of this Preliminary Injunction, and service providers to Defendants or other third parties who receive actual notice of this Preliminary Injunction and operate or control accounts holding or receiving money or other assets owned by, related to, connected to, associated with, held by, or transferred in connection with the Infringing Sites ("Defendants' Accounts"), must immediately locate all Defendants' Accounts and immediately cease transferring, withdrawing, or otherwise disposing of any money or other assets in Defendants' Accounts or allowing such money or other assets in Defendants' Accounts to be transferred, withdrawn, or otherwise disposed of.  Defendants' Accounts include but are not limited to: (i) Defendants' accounts with PayPal, Stripe, Square, Shopify, and other providers of payment processing services; and (ii) Defendants' accounts with banks, savings and loan associations, credit card processing agencies, merchant acquiring banks, and other companies that engage in the processing or transfer of money and/or other assets that have received money or other assets from Defendants' Accounts or otherwise received sales proceeds from the Infringing Sites.

IT IS FURTHER ORDERED that Defendants shall preserve copies of all computer files relating to any of the Infringing Sites and shall take all steps necessary to retrieve computer files relating to the Infringing Sites that may have been deleted before the entry of this Order.

IT IS FURTHER ORDERED that the Expedited Discovery Order contained in the *Ex Parte* Order shall remain in effect until further order of the Court.

6

IT IS FURTHER ORDERED that this Preliminary Injunction shall no longer apply to any Defendant dismissed from this action.

IT IS FURTHER ORDERED that Plaintiffs shall serve this order on Defendants and file proof of service on the docket.

SO ORDERED.

Dated:  September 9, 2020
        New York, New York

GREGORY H. WOODS
United State District Judge

7

# APPENDIX A

COMPLAINT EXHIBIT B

| Count | Publisher | Title | Registration Number | Infringing Site |
|---|---|---|---|---|
| 1 | Cengage | American Government and Politics Today: Brief Edition 2014-2015 | TX0007896428 | stdbooks.com |
| 2 | Cengage | American Government Institutions and Policies, 12th | TX0008022505 | lzbooklife.com |
| 3 | Cengage | American Government: Institutions and Policies, 14th | TX0007939912 | lebookmar.store |
| 4 | Cengage | An Introduction to Mechanical Engineering, 3rd | TX0007479630 | 1stebooks.com |
| 5 | Cengage | Brief Principles of Macroeconomics, 9th | TX0008827856 | igenter.store |
| 6 | Cengage | Business Law Principles and Practices, 9th | TX0007690847 | iunibookmaster.com |
| 7 | Cengage | Business Law: The First Course Summarized Case, 14th | TX0008377845 | laquickshop.online |
| 8 | Cengage | Business Law: The First Course Summarized Case, 14th | TX0008377845 | lcaposel.myshopify.com |
| 9 | Cengage | Calculus: Early Transcendentals, 6th | TX0006593776 | levelyn.onkingshop.com |
| 10 | Cengage | Calculus: Early Transcendentals, 6th | TX0006593776 | inghigift.com |
| 11 | Cengage | Case Studies in Health Information Management, 3rd | TX0008525856 | lebookvip.store |
| 12 | Cengage | Contemporary Auditing, 9th | TX0007478248 | lebookus.store |
| 13 | Cengage | Culture Counts: A Concise Introduction To Cultural Anthropology, 4th | TX0008396024 | lderora.onkingshop.com |
| 14 | Cengage | Culture Counts: A Concise Introduction To Cultural Anthropology, 4th | TX0008396024 | ipdf4colleges.com |
| 15 | Cengage | Elements of Modern Algebra, 8th | TX0007817856 | lebooktestbank.com |
| 16 | Cengage | Essentials of Abnormal Psychology, 8th | TX0008559696 | imegaebooks.info |
| 17 | Cengage | Foundations of Marketing, 8th | TX0008702724 | ibigdadvstores.com |
| 18 | Cengage | Income Tax Fundamentals 2020 | TX0008768237 | lebooksmoda.com |
| 19 | Cengage | Mathematical Statistics with Applications, 7th | TX0006818719 | lvitalebook.store |
| 20 | Cengage | Microsoft Excel 2013 | TX0007721909 | lccbooks.org |
| 21 | Cengage | Physics for Scientists and Engineers with Modern Physics, 9th | TX0007700143 | lebook-mall.com |
| 22 | Cengage | Public Finance, 10th | TX0006835020 | lbookscheap.org |
| 23 | Cengage | The Brief Cengage Handbook, 6th | TX0007475593 | lebookandlife.com |
| 24 | Cengage | Understanding Computers: Today And Tomorrow, Comprehensive, 15th | TX0007897274 | lbookspersonally.com |
| 25 | Elsevier | Alexander's Care of the Patient in Surgery, 16th | TX0007901280 | lstdbooks.com |
| 26 | Elsevier | Atlas of Human Anatomy, 7th | TX0007923896 | lmononus.com |
| 27 | Elsevier | Atlas of Human Anatomy, 7th | TX0007923896 | lzstapless.com |
| 28 | Elsevier | Atlas of Human Anatomy, 7th | TX0007923896 | ldumanus.com |
| 29 | Elsevier | Clinical Nursing Skills and Techniques, 8th | TX0007718778 | lvitalebook.store |
| 30 | Elsevier | Clinical Nursing Skills and Techniques, 8th | TX0007718778 | inghigift.com |
| 31 | Elsevier | Community/Public Health Nursing: Promoting the Health of Populations, 7th | TX0008709490 | lintelligentlearnerclub.com |
| 32 | Elsevier | Differential Diagnosis for Physical Therapists: Screening for Referral, 6th | TX0007572663 | lebooksshelf.com |
| 33 | Elsevier | Health Promotion Throughout the Life Span, 9th | TX0007172225 | igildanvietnam.com |
| 34 | Elsevier | Hematology: Basic Principles and Practice, 7th | TX0007729570 | laquickshop.online |
| 35 | Elsevier | HESI Comprehensive Review for the NCLEX-RN Examination, 4th | TX0007587706 | lebook-mall.com |
| 36 | Elsevier | Nursing Interventions Classification (NIC), 6th | TX0007710947 | liconover.com |
| 37 | Elsevier | Pharmacology: A Patient-Centered Nursing Process Approach, 10th | TX0008406812 | lebookus.store |
| 38 | Elsevier | Prioritization, Delegation, and Assignment, 4th | TX0007847435 | lebookvip.store |
| 39 | Elsevier | Review of Surgery for ABSITE and Boards, 2nd | TX0008424201 | lebookmar.store |
| 40 | Elsevier | Wong's Nursing Care of Infants and Children, 11th | TX0007332889 | igenter.store |
| 41 | Macmillan Learning | Abnormal Psychology, 10th | TX0008610008 | lmononus.com |
| 42 | Macmillan Learning | A Pocket Guide to Public Speaking, 6th | TX0008218119 | lebooksshelf.com |
| 43 | Macmillan Learning | Biochemistry A Short Course, 3rd | TX0008134104 | iunibookmaster.com |
| 44 | Macmillan Learning | Current Issues And Enduring Questions, 11th | TX0008352402 | lderora.onkingshop.com |
| 45 | Macmillan Learning | From Inquiry to Academic Writing: A Practical Guide, 4th | TX0008012266 | lebookvip.store |
| 46 | Macmillan Learning | Lehninger Principles of Biochemistry, 7th | TX0008415420 | Istdbooks.com |
| 47 | Macmillan Learning | Media and Culture, 11th | TX0008492636 | istdbooks.corn |
| 48 | Macmillan Learning | Pocket Style Manual, 8th | TX0008525413 | iseko.club |
| 49 | Macmillan Learning | Pocket Style Manual, 8th | TX0008525413 | lcaposel.myshopify.com |
| 50 | Macmillan Learning | Psychology in Everyday Life ,3rd | TX0007882326 | igenter.store |
| 51 | Macmillan Learning | Psychology in Everyday Life, 4th | TX0008496502 | laquickshop.online |
| 52 | Macmillan Learning | Psychology in Everyday Life, 4th | TX0008496502 | inghigift.com |
| 53 | Macmillan Learning | Psychology in Modules, 11th | TX0008057951 | lebookthings.net |
| 54 | Macmillan Learning | Psychology, 12th | TX0008554016 | levelyn.onkingshop.com |
| 55 | Macmillan Learning | Reading Critically Writing Well, 11th | TX0008378312 | imosac.club |
| 56 | Macmillan Learning | Reading Critically, Writing Well, 11th | TX0008378312 | latiso.club |
| 57 | McGraw Hill | 5 Steps to a 5: AP Biology, 2017 | TX0007955829 | igoldenbuuks.myshopify.com |
| 58 | McGraw Hill | A Wellness Way of Life, 11th | TX0007301178 | iruzssos.xyz |
| 59 | McGraw Hill | Aging and the Life Course An Introduction to Social Gerontology, 7th | TX0008733233 | ireliableoutlets.com |
| 60 | McGraw Hill | Aging and the Life Course An Introduction to Social Gerontology, 7th | TX0008733233 | inghigift.com |
| 61 | McGraw Hill | Aging and the Life Course An Introduction to Social Gerontology, 7th | TX0008733233 | lcaposel.myshopify.com |
| 62 | McGraw Hill | Analysis for Financial Management, 11th | TX0007507514 | igetxt.net |
| 63 | McGraw Hill | Auditing and Assurance Services, 7th | TX0008727545 | lbookscheap.org |
| 64 | McGraw Hill | College English and Business Communication, 11th | TX0008611167 | lebooksshelf.com |
| 65 | McGraw Hill | Communicating at Work, 12th | TX0008590200 | imymomxstore.myshopify.com |
| 66 | McGraw Hill | Crafting and Executing Strategy: Concepts and Readings, 20th | TX0007710270 | laquickshop.online |
| 67 | McGraw Hill | Cunningham And Gilstrap's Operative Obstetrics, 3rd | TX0008608942 | idigitalbookdrive.com |
| 68 | McGraw Hill | Drugs, Society, and Human Behavior, 17th | TX0008733303 | iweyco.club |
| 69 | McGraw Hill | Economics, 21st | TX0008036520 | imononus.com |
| 70 | McGraw Hill | Essentials of Contemporary Management, 7th | TX0008544280 | lebook-mall.com |
| 71 | McGraw Hill | Essentials of Corporate Finance, 9th | TX0008349025 | lstdbooks.com |
| 72 | McGraw Hill | Ethical Obligations and Decision-Making in Accounting Text and Cases, 5th | TX0008727846 | iunibookmaster.com |
| 73 | McGraw Hill | Financial Shenanigans: How to Detect Accounting Gimmicks & Fraud in Financial Reports, 3rd | TX0007172429 | lebooktoday.store |
| 74 | McGraw Hill | Managerial Accounting: Creating Value in a Dynamic Business Environment, 10th | TX0007810339 | lebookmar.com |
| 75 | McGraw Hill | Microbiology Demystified, 1st | TX0006194446 | lccbooks.org |
| 76 | McGraw Hill | Microbiology Fundamentals: A Clinical Approach, 3rd | TX0008570104 | igenter.store |
| 77 | McGraw Hill | Organic Chemistry with Biological Topics, 5th | TX00086E0573 | lebooktoday.net |
| 78 | McGraw Hill | Personal Finance, 10th | TX0007726350 | levelyn.onkingshop.com |

| Count | Publisher | Title | Registration Number | Infringing Site |
|---|---|---|---|---|
| 79 | McGraw Hill | Public Finance, 10th | TX0007786922 | enent.myshcpify.com |
| 80 | McGraw Hill | Shigley's Mechanical Engineering Design, 11th | TX0008710906 | ebookall.store |
| 81 | McGraw Hill | The Art of Public Speaking, 12th | TX0008003528 | vitalebook.store |
| 82 | McGraw Hill | Understanding Business: The Core | TX0008385133 | ebooksstuff.co |
| 83 | McGraw Hill | Understanding Business: The Core | TX0008385133 | ebookus.store |
| 84 | McGraw Hill | Workbook For Tonal Harmony, 8th | TX0008158255 | derora.onkingshop.com |
| 85 | Pearson | A Graphical Approach to Algebra & Trigonometry, 7th | TX0007853036 | enent.myshcpify.com |
| 86 | Pearson | A Graphical Approach to Algebra & Trigonometry, 7th | TX0007853036 | falcous.myshopify.com |
| 87 | Pearson | A Graphical Approach to Algebra & Trigonometry, 7th | TX0007853036 | caposel.myshopify.com |
| 88 | Pearson | A Graphical Approach to Algebra & Trigonometry, 7th | TX0007853036 | mutrlm.myshopify.com |
| 89 | Pearson | A Graphical Approach to Precalculus with Limits, 7th | TX0007883378 | ibookstorehub.com |
| 90 | Pearson | A Pathway to Introductory Statistics, 2nd | TX0008184355 | sugise.myshopify.com |
| 91 | Pearson | A Short Guide to Writing about Biology, 9th | TX0008050862 | aquickshop.online |
| 92 | Pearson | Architecture: From Prehistory To Postmodernity, 2nd | TX0001855975 | derora.onkingshop.com |
| 93 | Pearson | Auditing and Assurance Services, 16th | TX0008382072 | grutina.shop |
| 94 | Pearson | Biology Of Humans: Concepts, Applications, And Issues, 6th | TX0008241495 | digitalbook4you.com |
| 95 | Pearson | Building a Digital Analytics Organization, 1st | TX0007884161 | ebookvip.store |
| 96 | Pearson | Campbell Biology in Focus, 2nd | TX0008217662 | bookscheap.org |
| 97 | Pearson | Campbell Biology, 10th | TX0008307770 | webbook.store |
| 98 | Pearson | Campbell Biology, 10th | TX0008307770 | nghigift.com |
| 99 | Pearson | Campbell Biology, 11th | TX0008472354 | college2book.com |
| 100 | Pearson | Campbell Biology, 11th | TX0008472354 | pixarebook.store |
| 101 | Pearson | Campbell Biology, 11th | TX0008472354 | unibookmaster.com |
| 102 | Pearson | Campbell Biology, 8th | TX0007883763 | ebook4mart.com |
| 103 | Pearson | Clinical Laboratory Chemistry, 2nd | TX0008514379 | llersand.xyz |
| 104 | Pearson | Computer Security Fundamentals, 2nd | TX0007500873 | ebooktoday.store |
| 105 | Pearson | Electrical Engineering: Principles and Applications, 6th | TX0007711377 | ebookmar.com |
| 106 | Pearson | Elementary Statistics Using Excel, 6th | TX0008529894 | evelyn.onkingshop.com |
| 107 | Pearson | Elementary Statistics Using Excel, 6th | TX0008529894 | pdf4school.com |
| 108 | Pearson | Foundations of Addictions Counseling, 3rd | TX0008088495 | ebookus.store |
| 109 | Pearson | Foundations of Addictions Counseling, 3rd | TX0008088495 | stdbooks.com |
| 110 | Pearson | Horngren's Accounting, 12th | TX0008464965 | pennymac.club |
| 111 | Pearson | Human Anatomy & Physiology Laboratory Manual, 12th | TX0008057720 | aonie.club |
| 112 | Pearson | Project Management, 4th | TX0008106430 | vitalebook.net |
| 113 | Pearson | Social Psychology, 10th | TX0008126280 | guzguz.club |
| 114 | Pearson | Strategic Communication in Business and the Professions, 8th | TX0008183992 | ebooksshelf.com |
| 115 | Pearson | Technical Communication Today, 6th (IRC) | TX0008458282 | vitalebook.store |
| 116 | Pearson | Technical Communication, 14th | TX0008512005 | ebook-mall.com |

# APPENDIX B

**COMPLAINT EXHIBIT C - TRADEMARKS INFRINGED**

| Count | Plaintiff | Trademark(s) | Trademark Registration(s) | Defendant(s) |
|---|---|---|---|---|
| 1 | Cengage | Cengage Learning | 3,603,376 | Doe 1<br>Doe 3<br>Doe 7<br>Doe 8<br>Doe 9<br>Doe 11<br>Doe 15<br>Doe 18<br>Doe 19<br>Doe 23<br>Doe 48<br>Doe 55<br>Doe 62 |
| 2 | Cengage | Cengage | 3,603,349 | Doe 5<br>Doe 20<br>Doe 28<br>Doe 32<br>Doe 42 |
| 3 | Cengage | Brooks/Cole | 3,386,242 | Doe 15<br>Doe 30<br>Doe 47<br>Doe 59 |
| 4 | Cengage | Course Technology | 1,660,331 | Doe 9 |
| 5 | Cengage | South-Western | 3,493,849 | Doe 6<br>Doe 57 |
| 6 | Cengage |  | 3,790,579 | Doe 1<br>Doe 3<br>Doe 5<br>Doe 7<br>Doe 8<br>Doe 11<br>Doe 15<br>Doe 18<br>Doe 19<br>Doe 20<br>Doe 32<br>Doe 42<br>Doe 48<br>Doe 62 |

**COMPLAINT EXHIBIT C - TRADEMARKS INFRINGED**

| Count | Plaintiff | Trademark(s) | Trademark Registration(s) | Defendant(s) |
|-------|-----------|--------------|---------------------------|--------------|
| 7 | Elsevier | Elsevier | 749,444 | Doe 3<br>Doe 14<br>Doe 15<br>Doe 19<br>Doe 21<br>Doe 27<br>Doe 28<br>Doe 32<br>Doe 34<br>Doe 39<br>Doe 40<br>Doe 43<br>Doe 47<br>Doe 55<br>Doe 59<br>Doe 63 |
| 8 | Macmillan Learning | Macmillan Learning | 5,599,332 | Doe 3<br>Doe 4<br>Doe 8<br>Doe 11<br>Doe 21<br>Doe 28<br>Doe 30<br>Doe 43<br>Doe 44<br>Doe 47<br>Doe 54<br>Doe 55 |
| 9 | Macmillan Learning | Macmillan | 969,205 | Doe 24 |
| 10 | McGraw Hill | McGraw Hill | 2,899,528 | Doe 9<br>Doe 26<br>Doe 30 |

**COMPLAINT EXHIBIT C - TRADEMARKS INFRINGED**

| Count | Plaintiff | Trademark(s) | Trademark Registration(s) | Defendant(s) |
|---|---|---|---|---|
| 11 | McGraw Hill | McGraw Hill Education | 4,664,267 | Doe 3<br>Doe 6<br>Doe 8<br>Doe 11<br>Doe 13<br>Doe 15<br>Doe 17<br>Doe 19<br>Doe 21<br>Doe 22<br>Doe 25<br>Doe 27<br>Doe 32<br>Doe 33<br>Doe 35<br>Doe 43<br>Doe 46<br>Doe 47<br>Doe 52<br>Doe 53<br>Doe 55<br>Doe 57<br>Doe 59<br>Doe 61 |
| 12 | Pearson |  | 5,130,854 | Doe 2<br>Doe 8<br>Doe 10<br>Doe 29<br>Doe 30<br>Doe 31<br>Doe 37<br>Doe 38<br>Doe 41<br>Doe 45<br>Doe 49<br>Doe 50<br>Doe 51<br>Doe 56<br>Doe 57<br>Doe 59 |

**COMPLAINT EXHIBIT C - TRADEMARKS INFRINGED**

| Count | Plaintiff | Trademark(s) | Trademark Registration(s) | Defendant(s) |
|---|---|---|---|---|
| 13 | Pearson | Pearson | 2,599,724<br>2,600,081<br>2,652,792<br>2,679,355<br>2,691,830 | Doe 3<br>Doe 6<br>Doe 8<br>Doe 10<br>Doe 12<br>Doe 15<br>Doe 16<br>Doe 19<br>Doe 21<br>Doe 26<br>Doe 27<br>Doe 29<br>Doe 30<br>Doe 31<br>Doe 36<br>Doe 37<br>Doe 38<br>Doe 45<br>Doe 47<br>Doe 49<br>Doe 50<br>Doe 51<br>Doe 55<br>Doe 56<br>Doe 57<br>Doe 58 |

## Appendix C: Plaintiffs' Imprints

| Cengage Learning | Macmillan Learning |
|---|---|
| Brooks Cole | Bedford, Freeman & Worth High School |
| Cengage |    Publishers |
| Cengage Learning | Bedford/St. Martin's |
| Course Technology | BFW |
| Delmar | BFW High School Publishers |
| Gale | Freeman |
| Heinle | Macmillan Learning |
| Milady | W.H. Freeman & Company |
| National Geographic Learning | Worth |
| South-Western Educational Publishing | Worth Publishers |
| Wadsworth | |

| Elsevier | |
|---|---|
| Academic Cell | Medicine Publishing |
| Academic Press | Morgan Kaufmann Publishers |
| Amirsys | Mosby |
| Butterworth Heinemann | Newnes |
| Digital Press | North Holland |
| Elsevier | Saunders |
| Gulf Professional Publishing | Urban & Fischer |
| Hanley & Belfus | William Andrew |
| Knovel | Woodhead Publishing |
| Made Simple Books | |

| McGraw Hill | Pearson |
|---|---|
| Irwin | Addison Wesley |
| Lange | Adobe Press |
| McGraw-Hill | Allyn & Bacon |
| McGraw-Hill Education | Benjamin Cummings |
| McGraw-Hill Higher Education | Brady |
| McGraw-Hill Professional | Cisco Press |
| McGraw-Hill Ryerson | Financial Times Press/FT Press |
| McGraw-Hill/Appleton & Lange | IBM Press |
| McGraw-Hill/Contemporary | Longman |
| McGraw-Hill/Dushkin | New Riders Press |
| McGraw-Hill/Irwin | Peachpit Press |
| McGraw Hill | Pearson |
| NTC/Contemporary | Pearson Education |
| Osborne | Que Publishing |
| Schaum's | Sams Publishing |