```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                                 :
                                                                 :
MCGRAW HILL, LLC ET AL.,                                         :
                                                                 :        1:20-cv-06368-GHW
                                            Plaintiffs,          :
                                                                 :              ORDER
              -v -                                               :
                                                                 :
DOES 1-63,                                                       :
                                                                 :
                                            Defendants.          :
                                                                 :
---------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/07/2020

GREGORY H. WOODS, United States District Judge:

The Court will hold a teleconference on Plaintiffs' October 6, 2020 Motion to Amended the Complaint, Dkt No. 56, on October 13, 2020 at 11 a.m. The parties are directed to the Courts Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules.

Plaintiffs are ordered to serve a copy of this order upon Defendants or their attorney(s) and to retain proof of service.

SO ORDERED.

Dated: October 7, 2020

_____
GREGORY H. WOODS
United States District Judge