```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
:
MCGRAW HILL, LLC, et al., :
                           Plaintiffs, :    1:20-cv-6368-GHW
:
                 -v - :    ORDER
:
CHINH TRAN VAN, et al., :
                         Defendants. :
:
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      For the reasons set forth in their letter, Plaintiffs' September 4, 2020 letter motion seeking leave to file under seal an unredacted version of Plaintiffs' Proposed Preliminary Injunction, Dkt No. 34, is GRANTED. For the reasons set forth in their letter, Plaintiffs' October 5, 2020 letter motion seeking leave to file under seal an unredacted version of Plaintiffs' Proposed Supplemental Preliminary Injunction, Dkt No. 43, is GRANTED. For the reasons set forth in their letter, Plaintiffs' October 16, 2020 letter motion seeking leave to file under seal an unredacted version of the Supplemental Declaration of Dan Seymour in Support of Plaintiffs' Motion for a Supplemental Preliminary Injunction, Dkt No. 64, is also GRANTED.

      The Clerk of Court is directed to terminate the motions pending at Dkt Nos. 34, 43, and 64.

SO ORDERED.

Dated: November 9, 2020
New York, New York

                                                                  _____
                                                                    GREGORY H. WOODS
                                                              United States District Judge