USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
MCGRAW HILL, et al.,                                           :
:
                         Plaintiffs,       :     1:20-cv-6368-GHW
:
           -v -                                              :
:
CHINH TRAN VAN  , et al.,                                      :
:
                        Defendants.       :
:
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    As stated on the record during the March 11, 2021 teleconference, the Court expects that any motion for default judgment will be filed no later than March 31, 2021.  Plaintiffs are directed to serve a copy of this order on Defendants and to retain proof of service.

SO ORDERED.

Dated:  March 11, 2021
New York, New York

                                               GREGORY H. WOODS
                                              United States District Judge