**MEMORANDUM ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/16/2021

**O+Z | Oppenheim + Zebrak, LLP**

Matthew I. Fleischman
4530 Wisconsin Avenue, NW
Fifth Floor
Washington, DC 20016
202.480.2965
Fleischman@oandzlaw.com

March 16, 2021

<u>**VIA ECF**</u>
The Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:   *McGraw Hill LLC et al. v. Chinh Tran Van et al.*
            SDNY Case No. 20-cv-6368-GHW

Dear Judge Woods:

    We represent Plaintiffs McGraw Hill LLC, Bedford, Freeman & Worth Publishing Group, LLC d/b/a Macmillan Learning, Cengage Learning, Inc., Elsevier Inc., and Pearson Education, Inc. ("Plaintiffs") in the above-referenced action. On March 11, 2021, the Court ordered Plaintiffs to file their motion for default judgment no later than March 31, 2021. ECF No. 96. Pursuant to Rule 1.E of Your Honor's Individual Rules & Practices, Plaintiffs write to respectfully request a 14-day extension of time to file Plaintiffs' motion for default judgment from March 31, 2021 to April 14, 2021.

    We request this extension of time due to a serious health issue impacting counsel for Plaintiffs who is integrally involved in preparing the papers. Plaintiffs have not previously sought to extend this date and, as all Defendants in this case are in default and this motion will resolve the case, no other dates are impacted. Likewise, due to the Defendants' default, Plaintiffs have not sought to obtain their consent to this request. However, Plaintiffs will serve a copy of the Court's ruling on this request upon Defendants.

    We thank the Court for its consideration.

Application granted. Plaintiffs' request for an extension of time to file their motion for default judgment, Dkt. No. 97, is granted. The date by which the Court expects Plaintiffs to file their motion for default judgment is extended to April 14, 2021. Plaintiffs are directed to serve a copy of this order on Defendants and to retain proof of service. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 97.

SO ORDERED.

Dated: March 16, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge