```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/14/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                       :

MCGRAW HILL, LLC, et al.,                  :

                              Plaintiffs,   :           1:20-cv-6368-GHW

                     -v -                               :

CHINH TRAN VAN, et al.,                   :

                              Defendants.  :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

        For the reasons stated on the record during the October 14, 2021 hearing, Plaintiffs are directed to submit an itemized damages calculation following the format described in the hearing no later than October 21, 2021.

SO ORDERED.

Dated: October 14, 2021

                                                       _____
                                                             GREGORY H. WOODS
                                                            United States District Judge