USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                                             :

MCGRAW HILL, LLC, et al.,                :

                              Plaintiffs,    :         1:20-cv-6368-GHW

                          -v -                    :

CHINH TRAN VAN, et al.,                :

                             Defendants.  :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       The Court has received Plaintiffs' itemized damages calculation, Dkt. No. 129. Plaintiffs are directed to submit a new proposed default judgment order on ECF and a Word version via email (WoodsNYSDChambers@nysd.uscourts.gov) no later than November 9, 2021. The proposed default judgment order should reflect Plaintiffs' updated statutory damages calculation and should reflect the Court's rulings during the October 14, 2021 default judgment hearing regarding the other remedies requested by Plaintiffs.

       SO ORDERED.

Dated: November 2, 2021

                                                     _____
                                                          GREGORY H. WOODS
                                                      United States District Judge