USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/10/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                     :
MCGRAW HILL, LLC, et al.,                  :

                                    Plaintiffs,     :               1:20-cv-6368-GHW

                                          -v -                               :

CHINH TRAN VAN, et al.,                    :

                                    Defendants.   :
-------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       For the reasons set forth in their letter, Plaintiffs' April 14, 2021 letter motion seeking leave to file under seal an unredacted versions of Plaintiffs' Proposed Default Judgment, Permanent Injunction, and Post-Judgment Relief Order and Exhibits to the Declarations of Matthew I. Fleischman, Dung Phan, and Dominique Lathan, Dkt. No. 102, is GRANTED.

       The Clerk of Court is directed to terminate the motion pending at Dkt. No. 102.

       SO ORDERED.

Dated: November 10, 2021

                                                                _____
                                                                   GREGORY H. WOODS
                                                                  United States District Judge