```
Case 1:20-cv-06368-GHW   Document 135   Filed 11/16/21   Page 1 of 1
```

```
                                                    USDC SDNY
                                                    DOCUMENT
UNITED STATES DISTRICT COURT                        ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK                       DOC #: _____
                                                    DATE FILED: 11/16/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
MCGRAW HILL, LLC, et al.,                                      :
                                                               :
                              Plaintiffs,                      :   1:20-cv-6368-GHW
                                                               :
               -v -                                            :
                                                               :
CHINH TRAN VAN, et al.,                                        :
                                                               :
                              Defendants.                      :
                                                               :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      On November 10, 2021, the Court entered a default judgment against all Defendants in this case. Dkt. No. 134. The Clerk of Court is directed to enter judgment in favor of Plaintiffs, terminate all pending motions, adjourn all remaining deadlines, and to close this case.

      SO ORDERED.

Dated: November 16, 2021

                                                           GREGORY N. WOODS
                                                      United States District Judge