**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MCGRAW HILL LLC, et a.,

                Plaintiffs,                      20 **CIVIL** 6368 (GHW)

        -against-                            **JUDGMENT**

CHINH TRAN VAN, et al.,

                Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated November 16, 2021, On November 10, 2021, the Court entered a default judgment against all Defendants in this case. Dkt. No. 134. The Clerk of Court is directed to enter judgment in favor of Plaintiffs. Judgment is entered in favor of Plaintiffs and this case is closed.

**Dated:**  New York, New York
           November 17, 2021

                                          **RUBY J. KRAJICK**
                                          _____
                                              **Clerk of Court**
                      **BY:**
                                            **Deputy Clerk**